1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
14                            WESTERN DIVISION
15

| KEVIN MEDRANO, | No. CV 13-08947 JGB (JCGx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Jesus G. Bernal |
| Defendant. | |

1  This Court, having read and considered the "Stipulation for Dismissal With
2  Prejudice" entered into between Plaintiff Kevin Medrano and Defendant United States of
3  America, and finding good cause therefor, hereby orders that this action shall be
4  dismissed in its entirety with prejudice.

6  **IT IS SO ORDERED.**

8  DATED:   December 18, 2014   _____
9  THE HONORABLE JESUS G. BERNAL
   UNITED STATES DISTRICT JUDGE

1